# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD THOMPSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-0592** |
| **N. BURL CAIN** | **SECTION "K"(6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that petitioner's "Motion for Leave of Court in Order to Supplement" (rec. doc. # 11), pursuant to which petitioner seeks to add to the instant action the claims raised in his second state post-conviction application, is **HEREBY GRANTED**.

**IT IS FURTHER ORDERED** that the State file, within ninety (90) days of entry of this ORDER, a supplemental response addressing the merits of petitioner's original and

supplemental claims for federal habeas corpus relief.

New Orleans, Louisiana, this 16th day of July, 2007.

                                                              *[signature]*
                                        **STANWOOD R. DUVAL, JR.**
                                **UNITED STATES DISTRICT COURT JUDGE**